DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 414P15 | State v. James Edward Joyner | Def's PDR Under N.C.G.S. § 7A-31 (COA15-442) | Special Order |
|---|---|---|---|
| 415P13-3 | State v. Kelvin W. Sellars | Def's *Pro Se* Motion for PDR (COAP15-996) | Dismissed<br><br>**Ervin, J., recused** |
| 420P15 | State v. Marlon E. Mendoza-Mejia | 1. State's Motion for Temporary Stay (COA14-1261) | 1. Allowed **12/21/2015**<br><br>Dissolved **03/17/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 423P15 | State v. Clyde Gary Whisenant | 1. State's Motion for Temporary Stay (COA15-607) | 1. Allowed **12/30/2015** Dissolved **03/17/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Dismiss PDR | 4. Dismissed as moot |
| | | 5. State's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 5. Dismissed as moot<br><br>**Ervin, J., recused** |
| 431P15 | State v. William Charles Compton | Def's PDR Under N.C.G.S. § 7A-31 (COA15-567) | Denied |
| 432P15 | State v. April Jean Anderson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-269) | Allowed |
| 433P15 | Cheri Joyner Stallings v. Jeffrey Driver Stallings | Def's PDR Under N.C.G.S. § 7A-31 (COA15-327) | Denied |
| 435P15-2 | State v. Sulyaman Alisla Wasalaam | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Scotland County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| | | 4. Def's *Pro Se* Motion for Preparation of a Stenographic Transcript | 4. Dismissed as moot |